IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  07-cv-00880-WDM-MJW

KD Kanopy, Inc.,
a Colorado corporation,
Party Shade, Inc.,
a Colorado corporation,

      Plaintiffs,

v.

North Pole (US) LLC,

      Defendant.

---

## ORDER (~~PROPOSED~~) TO VACATE AND RESET DATE OF SCHEDULING/PLANNING CONFERENCE

---

The Court having considered the Second Motion (Unopposed) for Resetting the Date of the Scheduling/Planning Conference, it is ORDERED that the Scheduling Conference set for August 9, 2007 at 1:30 pm is VACATED, and that a Scheduling Conference is reset for September 12, 2007 at 9:00 am.

It is FURTHER ORDERED that Defendant's counsel may appear telephonically at the Scheduling Conference on September 12, 2007, at 9:00 a.m. The court's telephone number is (303) 844-2403. Counsel shall initiate the call to the court.

BY THE COURT

_____  8-6-07
United States Magistrate Judge