IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00880-WDM-MJW

KD KANOPY, INC., et al.,

Plaintiff(s),

v.

NORTH POLE LLC,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Motion for Protective Order (docket no. 24) is APPROVED as amended in paragraph J and made an Order of Court.

Date:  September 24, 2007