IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00880-WDM-MJW

KD KANOPY, INC., et al.,

Plaintiff(s),

v.

NORTH POLE LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Stay Proceedings for Sixty Days (docket no. 48) is GRANTED finding good cause shown. This case is STAYED until March 3, 2008.

    It is FURTHER ORDERED that the parties shall file with this court either a stipulation for dismissal or a written status report on or before March 3, 2008.

Date: January 4, 2008