IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00880-WDM-MJW

KD KANOPY, INC., et al.,

Plaintiff(s),

v.

NORTH POLE LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiffs' Unopposed Motion to Compel Withdrawal of Former Counsel (DN 51) is GRANTED.

      It is further ORDERED that Plaintiffs' Motion to Withdraw as Counsel by Timothy J. Martin (DN 54) is GRANTED. Attorney Timothy J. Martin is withdrawn as counsel of record.

Date: January 29, 2008